A. Didier against Frank C. Clark. E. D. Bolton, of New York City, for appellant. A. S. Bacon, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 150 App. Div. 903, 135 N. Y. Supp. 1108.

DIETELBAUM v. PACH, PHOTOGRAPHER, Inc. (Supreme Court, Appellate Term, First Department. June 3, 1914.) Appeal from Municipal Court, Borough of Manhattan, Fourth Department. Action by Isidor Dietelbaum, doing business as the Central Cornice Works, against Pach, Photographer, Incorporated. Judgment for the plaintiff, and defendant appeals. Affirmed. Neil P. Cullom, of New York City, for appellant. Herman Turkel, of New York City, for respondent.

PER CURIAM. Judgment affirmed, with costs.

GUY and BIJUR, JJ., concur.

PENDLETON, J. (dissenting). The action is brought against the defendant corporation to hold it liable for damages for failure to allow plaintiff to carry out a contract for the construction of a skylight. Plaintiff claims the contract was negotiated by one Morris for defendant, and was ratified by defendant after its incorporation. To establish this, he relies on alleged conversations with Morris and Pach, alleged officers of defendant company. The evidence as to the ratification by defendant was conflicting, and presented an issue for the jury. By the rulings at the end of the evidence, the court, in effect, refused to leave the question of defendant's ratification to the jury, treating it, apparently, as a question of law only, and practically, in effect, told the jury not to consider that question. To this defendant excepted. This was error. The judgment should be reversed, and a new trial granted, with costs to appellant to abide the event.

DIOMEDE, Respondent, v. BUFFALO CAR WHEEL FOUNDRY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 11, 1914.) Action by Sam Diomede against the Buffalo Car Wheel Foundry Company. No opinion. Judgment affirmed, with costs.

DOELL, Respondent, v. WILLIAM S. RILEY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 6, 1914.) Action by Henry F. Doell against the William S. Riley Company. No opinion. Judgment affirmed, with costs.

DONLON, Respondent, v. SOLVAY PROCESS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 25, 1914.) Action by William Donlon against the Solvay Process Company. No opinion. Judgment and order affirmed, with costs.

DONNELLY v. H. C. & A. I. PIERCY CONTRACTING CO. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by Theresa M. Donnelly, as ancillary executrix, against the H. C. & A. I. Piercy Contracting Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 147 N. Y. Supp. 73

DUFFY, Appellant, v. PLACE, Respondent. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Owen Duffy against James E. Place. N. Blank, of New York City, for appellant. H. C. Allen of New York City, for respondent. No opinion. Order, so far as appealed from, reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed.

DUKE, Respondent, v. AMERICAN MUSEUM OF NATURAL HISTORY, Appellant. (Supreme Court, Appellate Division, First Department. May 1, 1914.) Action by Frank Duke against the American Museum of Natural History. E. C. Sherwood, of New York City, for appellant. A. O. Townsend, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 158 App. Div. 919, 143 N. Y. Supp. 1114; 147 N. Y. Supp. 1108.

DUKE v. AMERICAN MUSEUM OF NATURAL HISTORY. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by Frank Duke against the American Museum of Natural History. No opinion. Motion granted. Order filed. See, also, 147 N. Y. Supp. 1108.

DURAND v. GREGORY et al. (Supreme Court, Appellate Division, Fourth Department. March 11, 1914.) Action by John E. Durand, as executor, etc., against John H. Gregory and others, as executors, etc., and another. No opinion. Action upon the submission dismissed, without costs, except actual disbursements. Held, that the plaintiff has no equitable right to compel the defendant Central Bank to proceed against the Wilder estate. Settle order before Mr. Justice Merrell on two days' notice. Motion for rehearing denied, 147 N. Y. Supp. 1108.

DURAND v. GREGORY et al. (Supreme Court, Appellate Division, Fourth Department. March 25, 1914.) Action by John E. Durand, as executor, etc., against John H. Gregory and others, as executors, etc., and another. No opinion. Motion for reargument denied. For former decision, see 147 N. Y. Supp. 1108.

DWYER v. GREENBLATT. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Elizabeth Dwyer against Louis Greenblatt. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

EDWARDS, Appellant, v. COAL TAR PRODUCT CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 1, 1914.) Action by Thomas Edwards against the Coal Tar Product Company. No opinion. Judgment and order unanimously affirmed, with costs.